# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| STEFANIE S. WRIGHT | ) |
| | ) |
| v. | ) CV 416-74 |
| | ) |
| MAYOR AND ALDERMEN OF THE | ) |
| CITY OF SAVANNAH | ) |

## ORDER

The parties in the above captioned matter have filed a Joint Stipulation of Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. This stipulation is hereby GRANTED. All claims against the defendant are hereby dismissed with prejudice. The Clerk is ordered to close this case.

SO ORDERED this 31 day of October, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA